UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR ALEJANDRO MEDINA, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )     Civil Action No. 22-0314 (UNA) <br> ) |
| UNITED STATES GOVERNMENT, | ) <br> ) |
| Defendant. | ) <br> ) |

**MEMORANDUM OPINION**

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The Court will grant the application and dismiss the complaint.

A *pro se* litigant's pleadings are held to less stringent standards than the standard applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense

and to determine whether the doctrine of *res judicata* applies.  *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

According to plaintiff, the filing fee to enter the race for Governor of the State of California is $3,916.12, an amount plaintiff cannot afford.  *See* Compl. at 7.  He demands an award of $44 million not only to pay the filing fee, but also to provide protection for himself from persons who violate his privacy and otherwise threaten to harm him.  *See id.* at 6, 7.  This sum also, it appears, compensates plaintiff "for being blamed for allowing sex trafficking in California."  *Id*. at 7.

As drafted, plaintiff's complaint fails to comply with the minimal pleading standard set forth in Rule 8(a).  Plaintiff neither states a basis for this Court's jurisdiction nor sets forth a short and plain statement of an actual legal claim.  The Court will, accordingly, grant the application to proceed *in forma pauperis* and dismiss the complaint without prejudice.

A separate order will issue.

DATE: March 9, 2022                                                                 /s/
                                                                      AMIT P. MEHTA
                                                                      United States District Judge